Scott Maurer (CSB# 180830)
Navdeep Taunk (CLS# 28060)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorneys for Plaintiff, Blanca Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| BLANCA SANTOS, | Case No.: CV11- 02683 EJD |
| Plaintiff, | STIPULATION REGARDING SKYPE VIDEO DEPOSITIONS and [PROPOSED] ORDER |
| vs. | |
| LVNV FUNDING, LLC, THE BRACHFELD LAW GROUP, PC, and ERICA BRACHFELD, | |
| Defendants. | |

Plaintiff Blanca Santos, and Defendant Brachfeld Law Group P.C. (BLG) hereby stipulate, the deposition of the BLG officers, directors, managing agents, employees or agents most qualified to testify regarding the subjects listed in the notice of deposition, currently noticed for April 2, 2012, shall proceed as follows:

1. Defendant Brachfeld Law Group, P.C. will produce aforementioned deponents on April 2, 2012, at 9:00 a.m.

2. The deposition questioning can be conducted via Skype videoconferencing and/or telephone but no audio or video recording will be done, other than the official record maintained by the Court Reporter.

STIPULATION REGARDING SKYPE VIDEO DEPOSITIONS and [PROPOSED] ORDER
1

3. All depositions in this case may be conducted via Skype videoconferencing and/or telephone.

Date: __3/28/2012_____

ALEXANDER COMMUNITY LAW CENTER

/s/_____
Navdeep Taunk
Certified Law Student*

/s/_____
Scott Maurer,
Supervising Attorney*
For Plaintiff BLANCA SANTOS

* Pursuant to State Bar Rules Governing the Practical Training of Law Students

/s/_____
Jon Birdt,
For Defendant BRACHFELD LAW GROUP, PC

**[Proposed] Order**

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: __March 29, 2012_____

_[signature]_

~~U.S. DISTRICT JUDGE~~
~~HON. EDWARD J. DAVILA~~
U.S. MAGISTRATE JUDGE
PAUL S. GREWAL