United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLANCA SANTOS, Plaintiff, v. LVNV FUNDING, LLC, ET AL., Defendants. | Case No.: 11-CV-02683 PSG **ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTION TO COMPEL** **(Re: Docket No. 25)** |

Plaintiff Blanca Santos ("Santos") moves to compel Defendants LVNV Funding, LLC ("LVNV"), The Brachfeld Law Group, PC ("BLG") and Erica Brachfeld ("Brachfeld") (collectively "Defendants") to supplement certain responses to her first and second set of interrogatories. Santos also moves to compel Defendants to verify their responses. None of the Defendants have opposed or otherwise responded to the motion. Pursuant to Civ. L.R. 7-1(b), the motion is taken under submission and the hearing scheduled to be held on May 29, 2012 is vacated. Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that Santos's motion to compel is GRANTED as unopposed.

On April 20, 2012, Santos filed the motion to compel. Pursuant to Civ. L.R. 7-3(a), an opposition was due no later than May 4, 2012. To date, Defendants have not filed any opposition.

**United States District Court**
For the Northern District of California

Santos moves to compel Defendants to provide further responses to interrogatory nos. 4 and 6 in her first set of interrogatories, Brachfeld and BLG to provide further responses to interrogatory no. 19 in her second set of interrogatories, and Defendants to provide further responses to interrogatory nos. 20 and 25 in her second set of interrogatories. Santos also moves to compel Brachfeld to provide verifications for her responses to the first and second set of interrogatories and for Defendants to provide verifications for their responses to her second set of interrogatories and for further responses to her first set of interrogatories.

The court is persuaded that Santos' requests for supplementation and verification are justified, and by their silence Defendants appear to agree. No later than June 8, 2012, Defendants shall supplement their responses to Santos's first and second set of interrogatories and serve their verifications.

**IT IS SO ORDERED.**

Dated: 5/25/2012

PAUL S. GREWAL
United States Magistrate Judge