UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BLANCA SANTOS,

        Plaintiff,

  v.

LVNV FUNDING, LLC, et.al.,

        Defendant(s).
_____/

Case No. 5:11-cv-02683 EJD

**PRETRIAL ORDER (BENCH)**

The above-entitled action is scheduled for a Preliminary Pretrial Conference on July 20, 2012. Based on the parties' separate Preliminary Pretrial Conference Statements (see Docket Item Nos. 38, 39), the court has determined that an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are orderd to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
| --- | --- |
| Hearing on Plaintiff's Motion for Partial Summary Judgment *(Advanced from 10/12/2012)* | 9:00 a.m. on 8/17/2012 |
| Final Pretrial Conference | 11:00 a.m. on 10/5/2012 |

1

Case No. 5:11-cv-02683 EJD
PRETRIAL ORDER (BENCH)

| Joint Final Pretrial Conference Statement and Motions *in Limine* | 9/21/2012 |
|---|---|
| Proposed Findings of Fact and Conclusions of Law | 09/28/2012 |
| Bench Trial | 10/16-10/17/2012 (Full Days) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

IT IS FURTHER ORDERED that pursuant to ADR Local Rule 7-2, the above entitled case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than September 21, 2012. The parties are instructed to contact Judge Grewal's chambers directly to arrange a date for the conference.

The court advises the parties that is the **final case schedule**. Both Plaintiff and Defendants are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: July 18, 2012

EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."