DENIED
Judge Edward J. Davila
11/16/2012

Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorneys for Plaintiff, Blanca Santos

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| BLANCA SANTOS, ) | Case No. C 11- 02683 EJD |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | HEARING ON ORDER TO SHOW |
| v. ) | CAUSE RE: SETTLEMENT |
| ) | |
| LVNV FUNDING, LLC, ) | Current Date: November 30, 2012 |
| THE BRACHFELD LAW GROUP, PC, and ) | Current Time: 9:00 a.m. |
| ERICA BRACHFELD, ) | |
| ) | Proposed Date: March 1, 2013 |
| Defendants. ) | Proposed Time: 9:00 a.m. |
| _____ ) | |

ORDER CONTINUING OSC HEARING

Pursuant to the stipulation of the parties, and good cause appearing therefor, the court hereby orders that the Order to Show Cause Hearing regarding Settlement is continued from November 30, 2012 to March __, 2013 at _____ m..

On or before February 19, 2013, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of the settlement as well as the amount of additional time necessary to finalize and file a dismissal.

STIPULATION TO CONTINUE OSC HEARING          C - 11 - 02683 EJD (PSG)

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before February 19, 2013.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

IT IS SO ORDERED.

Dated: _____             _____
                                   EDWARD J. DAVILA
                                   UNITED STATES DISTRICT JUDGE

**DENIED**
Judge Edward J. Davila