IT IS SO ORDERED

Judge Edward J. Davila

11/21/2012

Scott Maurer (CSB# 180830)
Alexander Rusnak (CLS# 30888)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorneys for plaintiff, Blanca Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| BLANCA SANTOS, <br><br> Plaintiff, <br> vs. <br><br> LVNV FUNDING, LLC, <br> THE BRACHFELD LAW GROUP, PC, and <br> ERICA BRACHFELD, <br><br> Defendants. | No. Case No.: CV11- 02683 EJD <br><br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) with each party to bear their own fees and costs.

The Clerk shall close this file.

**STIPULATION OF DISMISSAL**

Dated: November 20, 2012          /s/ Alexander Rusnak
                                  Alexander Rusnak, certified law student*


Dated: November 20, 2012          /s/ Scott Maurer
                                  Scott Maurer,
                                  Supervising Attorney for Plaintiff*


Dated: November 20, 2012          /s/ Erica Brachfeld
                                  Erica Brachfeld,
                                  Attorney for Defendants


* Pursuant to the State Bar rules governing the practical training of law students.

**STIPULATION OF DISMISSAL**

Scott Maurer (CSB# 180830)
Alexander Rusnak (CLS# 30888)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorneys for plaintiff, Blanca Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| BLANCA SANTOS,<br><br>    Plaintiff,<br>  vs.<br><br>LVNV FUNDING, LLC,<br>THE BRACHFELD LAW GROUP, PC, and<br>ERICA BRACHFELD,<br><br>    Defendants. | No. Case No.: CV11- 02683 EJD<br><br>**ATTESTATION TO SIGNATORIES' CONSENT**<br><br>**STIPULATION OF DISMISSAL** |

I hereby attest that all signatories to this electronically filed Stipulation to Dismiss have consented to dismissal of this case.

Dated: November 20, 2012         /s/ Scott Maurer
                                 Scott Maurer,
                                 Supervising Attorney for Plaintiff

**STIPULATION OF DISMISSAL**